**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JASON A. COLON,**

       **Plaintiff,**

  v.                                 **CASE NO.: 8:20-cv-01875-TPB-JSS**

**MIDLAND CREDIT MANAGEMENT, INC.,**

       **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jason A. Colon and Defendant Midland Credit Management, Inc., by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice with each Party to bear its own attorney's fees and costs.

Respectfully submitted this 30th day of October 2020.

| **SWIFT, ISRINGHAUS & DUBBELD, P.A.** | **MESSER STRICKLER, LTD.** |
|---|---|
| By: */s/ Jon P. Dubbeld*<br>JON R. DUBBELD, ESQ.<br>Florida Bar. No. 105869<br>10460 Roosevelt Blvd. N, Suite 313<br>St. Petersburg, FL 33716<br>(727) 755-3676<br>(727) 255-5332 (fax)<br>jdubbeld@swift-law.com<br>*Counsel for Plaintiff* | By: */s/ John M. Marees, II*<br>JOHN M. MAREES, II, ESQ.<br>Florida Bar. No. 0069879<br>12276 San Jose Blvd., Suite 718<br>Jacksonville, FL 32223<br>(904) 527-1172<br>(904) 683-7353 (fax)<br>jmarees@messerstrickler.com<br>*Counsel for Defendant* |